# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:15-mj-417-DCK |
| v. | ) | |
| TERRELL DAVID THOMAS | ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss" (Document No. 3) filed December 11, 2015. The government seeks to dismiss without prejudice the charges against Defendant Terrell David Thomas in the Criminal Complaint and Arrest Warrant in the above-captioned case.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Dismiss" (Document No. 3) be **GRANTED**, and that the charges against Defendant Terrell David Thomas in the above-captioned Criminal Complaint and Arrest Warrant be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: December 14, 2015

David C. Keesler
United States Magistrate Judge